NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000875
27-AUG-2014
08:31 AM

NO. CAAP-14-0000875

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

IN RE MARN FAMILY LITIGATION

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NOS. 98-5371-12; 98-4706-10)

ORDER OF CORRECTION
(By: Nakamura, C.J., for the court)[1]

The Order Granting the June 16, 2014 Motion to Dismiss Appeal for Lack of Appellate Jurisdiction filed on August 26, 2014, is hereby corrected as follows:

In the caption on the first page, the identification of the judges is corrected to read:

**(By: Nakamura, Chief Judge, Fujise and Ginoza, JJ.)**

The Clerk of the Court is directed to take all necessary steps to notify the parties of these changes.

DATED: Honolulu, Hawai'i, August 27, 2014.

FOR THE COURT:

Chief Judge

---

[1] Nakamura, C.J., Fujise and Ginoza, JJ.